JS 44C/SDNY
REV. 05/28/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)     ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time?  No [ ]  Yes [ ]
_____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?     No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                      **NATURE OF SUIT**

                                          TORTS                                                          ACTIONS UNDER STATUTES

**CONTRACT**                **PERSONAL INJURY**      **PERSONAL INJURY/**         **FORFEITURE/PENALTY**      **BANKRUPTCY**                **OTHER STATUTES**

[ ] 110 INSURANCE           [ ] 310 AIRPLANE          [ ] 367 HEALTHCARE/          [ ] 625 DRUG RELATED        [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120 MARINE              [ ] 315 AIRPLANE PRODUCT      PHARMACEUTICAL PERSONAL      SEIZURE OF PROPERTY           28 USC 158              [ ] 376 QUI TAM
[ ] 130 MILLER ACT              LIABILITY                 INJURY/PRODUCT LIABILITY     21 USC 881              [ ] 423 WITHDRAWAL            [ ] 400 STATE
[ ] 140 NEGOTIABLE          [ ] 320 ASSAULT, LIBEL &  [ ] 365 PERSONAL INJURY      [ ] 690 OTHER                   28 USC 157                    REAPPORTIONMENT
    INSTRUMENT                  SLANDER                   PRODUCT LIABILITY                                                                  [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF         [ ] 330 FEDERAL           [ ] 368 ASBESTOS PERSONAL                                **PROPERTY RIGHTS**           [ ] 430 BANKS & BANKING
    OVERPAYMENT &               EMPLOYERS'                INJURY PRODUCT                                                                     [ ] 450 COMMERCE
    ENFORCEMENT                 LIABILITY                 LIABILITY                                            [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 460 DEPORTATION
    OF JUDGMENT             [ ] 340 MARINE                                                                     [ ] 830 PATENT                [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT        [ ] 345 MARINE PRODUCT    **PERSONAL PROPERTY**                                    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ENCED & CORRUPT
[ ] 152 RECOVERY OF             LIABILITY             [ ] 370 OTHER FRAUD                                      [ ] 840 TRADEMARK                 ORGANIZATION ACT
    DEFAULTED               [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                                                                    (RICO)
    STUDENT LOANS           [ ] 355 MOTOR VEHICLE                                                              **SOCIAL SECURITY**           [ ] 480 CONSUMER CREDIT
    (EXCL VETERANS)             PRODUCT LIABILITY                                 **LABOR**                                                  [ ] 485 TELEPHONE CONSUMER
[ ] 153 RECOVERY OF         [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL                                   [ ] 861 HIA (1395ff)              PROTECTION ACT
    OVERPAYMENT                 INJURY                    PROPERTY DAMAGE         [ ] 710 FAIR LABOR           [ ] 862 BLACK LUNG (923)
    OF VETERAN'S            [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE         STANDARDS ACT            [ ] 863 DIWC/DIWW (405(g))    [ ] 490 CABLE/SATELLITE TV
    BENEFITS                    MED MALPRACTICE           PRODUCT LIABILITY       [ ] 720 LABOR/MGMT           [ ] 864 SSID TITLE XVI        [ ] 850 SECURITIES/
[ ] 160 STOCKHOLDERS                                                                  RELATIONS               [ ] 865 RSI (405(g))              COMMODITIES/
    SUITS                                             **PRISONER PETITIONS**      [ ] 740 RAILWAY LABOR ACT                                      EXCHANGE
[ ] 190 OTHER                                         [ ] 463 ALIEN DETAINEE      [ ] 751 FAMILY MEDICAL       **FEDERAL TAX SUITS**         [ ] 890 OTHER STATUTORY
    CONTRACT                **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO             LEAVE ACT (FMLA)                                           ACTIONS
[ ] 195 CONTRACT                                          VACATE SENTENCE                                      [ ] 870 TAXES (U.S. Plaintiff or   [ ] 891 AGRICULTURAL ACTS
    PRODUCT                 **CIVIL RIGHTS**              28 USC 2255             [ ] 790 OTHER LABOR              Defendant)                [ ] 893 ENVIRONMENTAL
    LIABILITY                                         [ ] 530 HABEAS CORPUS           LITIGATION               [ ] 871 IRS-THIRD PARTY           MATTERS
[ ] 196 FRANCHISE           [ ] 440 OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY       [ ] 791 EMPL RET INC             26 USC 7609              [ ] 895 FREEDOM OF
                                (Non-Prisoner)        [ ] 540 MANDAMUS & OTHER        SECURITY ACT (ERISA)                                       INFORMATION ACT
**REAL PROPERTY**           [ ] 441 VOTING                                                                                                   [ ] 896 ARBITRATION
                            [ ] 442 EMPLOYMENT                                    **IMMIGRATION**                                            [ ] 899 ADMINISTRATIVE
[ ] 210 LAND                [ ] 443 HOUSING/          **PRISONER CIVIL RIGHTS**                                                                  PROCEDURE ACT/REVIEW OR
    CONDEMNATION                ACCOMMODATIONS                                    [ ] 462 NATURALIZATION                                         APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE         [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS            APPLICATION
[ ] 230 RENT LEASE &            DISABILITIES -        [ ] 555 PRISON CONDITION    [ ] 465 OTHER IMMIGRATION                                  [ ] 950 CONSTITUTIONALITY OF
    EJECTMENT                   EMPLOYMENT            [ ] 560 CIVIL DETAINEE           ACTIONS                                                   STATE STATUTES
[ ] 240 TORTS TO LAND       [ ] 446 AMERICANS WITH        CONDITIONS OF CONFINEMENT
[ ] 245 TORT PRODUCT            DISABILITIES -OTHER
    LIABILITY               [ ] 448 EDUCATION
[ ] 290 ALL OTHER
    REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION**         DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                           AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                                IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____   DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND:   YES   NO             NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
    ☐ a. all parties represented
    ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF   2 U.S. DEFENDANT   3 FEDERAL QUESTION (U.S. NOT A PARTY)   4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)

RECEIPT #    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Daniel Ortiz, Acting Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)