The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                    DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER           ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☐ Yes ☐    _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. ☐  Invol. ☐   Dismissed. No ☐  Yes ☐   If yes, give date _____ & Case No. _____

Is this an international arbitration case?    No ☐    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                **NATURE OF SUIT**

TORTS                                                                                      ACTIONS UNDER STATUTES

CONTRACT

[ ] 110    INSURANCE
[ ] 120    MARINE
[ ] 130    MILLER ACT
[ ] 140    NEGOTIABLE INSTRUMENT
[ ] 150    RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151    MEDICARE ACT
[ ] 152    RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153    RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160    STOCKHOLDERS SUITS
[ ] 190    OTHER CONTRACT
[ ] 195    CONTRACT PRODUCT LIABILITY
[ ] 196    FRANCHISE

REAL PROPERTY

[ ] 210    LAND CONDEMNATION
[ ] 220    FORECLOSURE
[ ] 230    RENT LEASE & EJECTMENT
[ ] 240    TORTS TO LAND
[ ] 245    TORT PRODUCT LIABILITY
[ ] 290    ALL OTHER REAL PROPERTY

PERSONAL INJURY

[ ] 310    AIRPLANE
[ ] 315    AIRPLANE PRODUCT LIABILITY
[ ] 320    ASSAULT, LIBEL & SLANDER
[ ] 330    FEDERAL EMPLOYERS' LIABILITY
[ ] 340    MARINE
[ ] 345    MARINE PRODUCT LIABILITY
[ ] 350    MOTOR VEHICLE
[ ] 355    MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360    OTHER PERSONAL INJURY
[ ] 362    PERSONAL INJURY - MED MALPRACTICE

ACTIONS UNDER STATUTES

CIVIL RIGHTS

[ ] 440    OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441    VOTING
[ ] 442    EMPLOYMENT
[ ] 443    HOUSING/ ACCOMMODATIONS
[ ] 445    AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446    AMERICANS WITH DISABILITIES -OTHER
[ ] 448    EDUCATION

PERSONAL INJURY
[ ] 367    HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365    PERSONAL INJURY PRODUCT LIABILITY
[ ] 368    ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

PERSONAL PROPERTY

[ ] 370    OTHER FRAUD
[ ] 371    TRUTH IN LENDING

[ ] 380    OTHER PERSONAL PROPERTY DAMAGE
[ ] 385    PROPERTY DAMAGE PRODUCT LIABILITY

PRISONER PETITIONS
[ ] 463    ALIEN DETAINEE
[ ] 510    MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530    HABEAS CORPUS
[ ] 535    DEATH PENALTY
[ ] 540    MANDAMUS & OTHER

PRISONER CIVIL RIGHTS

[ ] 550    CIVIL RIGHTS
[ ] 555    PRISON CONDITION
[ ] 560    CIVIL DETAINEE CONDITIONS OF CONFINEMENT

FORFEITURE/PENALTY

[ ] 625    DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690    OTHER

LABOR

[ ] 710    FAIR LABOR STANDARDS ACT
[ ] 720    LABOR/MGMT RELATIONS
[ ] 740    RAILWAY LABOR ACT
[ ] 751    FAMILY MEDICAL LEAVE ACT (FMLA)

[ ] 790    OTHER LABOR LITIGATION
[ ] 791    EMPL RET INC SECURITY ACT (ERISA)

IMMIGRATION

[ ] 462    NATURALIZATION APPLICATION
[ ] 465    OTHER IMMIGRATION ACTIONS

BANKRUPTCY

[ ] 422    APPEAL 28 USC 158
[ ] 423    WITHDRAWAL 28 USC 157

PROPERTY RIGHTS

[ ] 820    COPYRIGHTS    [ ] 880 DEFEND TRADE SECRETS ACT
[ ] 830    PATENT
[ ] 835    PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840    TRADEMARK

SOCIAL SECURITY

[ ] 861    HIA (1395ff)
[ ] 862    BLACK LUNG (923)
[ ] 863    DIWC/DIWW (405(g))
[ ] 864    SSID TITLE XVI
[ ] 865    RSI (405(g))

FEDERAL TAX SUITS

[ ] 870    TAXES (U.S. Plaintiff or Defendant)
[ ] 871    IRS-THIRD PARTY 26 USC 7609

OTHER STATUTES

[ ] 375    FALSE CLAIMS
[ ] 376    QUI TAM
[ ] 400    STATE REAPPORTIONMENT
[ ] 410    ANTITRUST
[ ] 430    BANKS & BANKING
[ ] 450    COMMERCE
[ ] 460    DEPORTATION
[ ] 470    RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480    CONSUMER CREDIT
[ ] 485    TELEPHONE CONSUMER PROTECTION ACT
[ ] 490    CABLE/SATELLITE TV
[ ] 850    SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 890    OTHER STATUTORY ACTIONS
[ ] 891    AGRICULTURAL ACTS
[ ] 893    ENVIRONMENTAL MATTERS
[ ] 895    FREEDOM OF INFORMATION ACT
[ ] 896    ARBITRATION
[ ] 899    ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950    CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____    JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:    YES ☐    NO ☐        NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from (Specify District) ☐ 6 Multidistrict Litigation (Transferred) ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF   2 U.S. DEFENDANT   3 FEDERAL QUESTION   4 DIVERSITY
(U.S. NOT A PARTY)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE

SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)

RECEIPT #   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Daniel Ortiz, Acting Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)