| | | | |
|---|---|---|---|
| LevelUP HCS, LLC | | Plaintiff | Superior Court of New Jersey |
| | vs. | | Venue: United States District Court |
| LevelUp Staff, Inc. | | Defendant | Docket Number: 1:24-cv-07045-NRB |

**Person to be Served** (Name & Address):

LevelUp Staff, Inc. ,
6 Sheraton Dr
Lakewood, NJ 08701

# AFFIDAVIT OF SERVICE
(For use by Private Service)

**Attorney:**
HESLIN ROTHENBERG FARLEY & MESITI P.C.
5 Columbia Circle
Albany, NY 12203

Cost of Service pursuant to R. 4:4-3(c)
$79.90

**Papers Served:**
Summons and Complaint, Exhibits, Disclosure Statement, Notice of Appearance of Attorney, Civil Cover Sheet, Report on the Filing (Received Sep 24, 2024 at 3:16pm EDT)

**Service Data:**

Served Successfully [X]    Not Served [ ]    Date  Fri, Sep 27 2024    Time: 12:51 PM
Attempts: 1

[X] Delivered a copy to him / her personally
[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)
[ ] Left a copy with a person authorized to accept service, e.g., management agent, registered agent, etc.
(indicate name & official title at right)

Name of Person Served and relationship or title
Refusal
Personally Served

**Description of Person Accepting Service:**

Sex: Female    Age: 40    Height: 5'9"    Weight: 140    Skin Color: Caucasian    Hair Color:

**Unserved:**

[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] No response on:  Date: _____  Date: _____
                    Time: _____  Time: _____
[ ] Other: _____    Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
27th     day of September 2024

*Emily Silvey* (signature)
Notary Signature
Name of Notary, commission expiration.

EMILY R SILVEY
Notary Public of New Jersey
Commission  50222449
Expires: May 30, 2029

I, Amy Dalessio , was at the time of service a competent adult and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Amy Dalessio* (signature)

Amy Dalessio , PO Box 131, Lakewood, NJ 08701, 877-455-3093

Affidavit of Service (9/30/2002)